KAREN L. LOEFFLER
United States Attorney

KYLE G. FRENCH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kyle.french@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COUNTS 1-3: |
| | ) | RECEIPT OF CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(2) and |
| BRIAN MATTHEW HUGGINS, | ) | (b)(1) |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about March 31, 2013, within the District of Alaska and elsewhere, the defendant, BRIAN MATTHEW HUGGINS did knowingly receive, and attempt to receive, by any means and facility of interstate and foreign commerce, "Toddler girl – pthc black baby learning(2)", a visual

depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

All of which is in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

## COUNT 2

On or about April 5, 2013, within the District of Alaska and elsewhere, the defendant, BRIAN MATTHEW HUGGINS did knowingly receive, and attempt to receive, by any means and facility of interstate and foreign commerce, "%252540kp hardcore [0 48_close-up anal]_ (pthc)(hussyfan)", a visual depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

All of which is in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

## COUNT 3

On or about April 7, 2013, within the District of Alaska and elsewhere, the defendant, BRIAN MATTHEW HUGGINS did knowingly receive, and attempt to receive, by any means and facility of interstate and foreign commerce, "(pthc) – dad & daughter fuck she cries!_new" a visual depiction of a minor engaging in sexually explicit conduct, the production of which

involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer.

All of which is in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the above-alleged offenses, the defendant, BRIAN MATTHEW HUGGINS, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable thereto, including but not limited to a Toshiba laptop computer with the serial number ZAZ79959Q.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle G. French
KYLE G. FRENCH
United States of America
Assistant U.S. Attorney

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 6/19/13